BEDELL & a., *Ap'ts,* v. BAILEY, *Ap'ee.*

The acts of a judge of probate, in the settlement of an estate in which he is interested as an executor, are void.

APPEAL, from the decision of the commissioner, disallowing a claim of the appellants, as executors of Lombard, against one Hall, of whose estate the appellee is administrator. The appellant, Bedell, was judge of probate for the county of Coös. The appellee pleaded that Bedell appointed the commissioner, approved and accepted the report,

allowed the appeal, and issued the order of notice.    The appellants demurred.

*Ray, Drew & Jordan*, for the appellants.

*W. & H. Heywood* and *Fletcher & Fletcher*, for the appellee.

BINGHAM, J.    No judge of probate shall act as such in the settlement of any estate in which he is interested as an executor.    Gen. St., *c.* 170, *s.* 11.    In such a case he has, and can have, no jurisdiction. The acts of Bedell were absolutely void.    *Stearns* v. *Wright*, 51 N. H. 610 ; *Moses* v. *Julian*, 45 N. H. 60.

*Demurrer overruled.*

DOE, C. J., did not sit.